# EXHIBIT A

Filed
D.C. Superior Court
04/20/2015 18:23PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### Civil Division

CHLOE AARON and                                              :
DAVID AARON, Her Husband
3639 St. Mary's Place, N.W.                                   :
Washington, DC   20007
                                                             :

       Plaintiffs,                                  :

                                                             :

    v.                                                      Civil Action No.
                                                             :   2015 CA 002750 B
AMERICAN MULTI-CINEMA, INC., t/a
   AMC THEATERS GEORGETOWN 14                               :
11500 Ash Street
Leawood, KS   66211                                          :

SERVE:   Corporate Creations Network, Inc.                   :
        Registered Agent
        1629 K Street, N.W., Suite 300                  :
        Washington, DC   20006
                                                             :

   and                                                      :

AMC ENTERTAINMENT, INC.
11500 Ash Street                                             :
Leawood, KS   66211
                                                             :

SERVE:   Corporate Creations Network, Inc.
        Registered Agent                               :
        1629 K Street, N.W., Suite 300
        Washington, DC   20006                         :

   and                                                      :

AMC LOEWS GEORGETOWN 14
11500 Ash Street                                             :
Leawood, KS   66211
                                                             :

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

SERVE:     Corporate Creations Network, Inc.     :
           Registered Agent
           1629 K Street, N.W., Suite 300         :
           Washington, DC   20006
    and                                           :

AMC ENTERTAINMENT HOLDINGS, INC.                  :
11500 Ash Street
Leawood, KS   66211                               :

SERVE:     Corporate Creations Network, Inc.      :
           Registered Agent
           1629 K Street, N.W., Suite 300          :
           Washington, DC   20006
                                                   :
    and
                                                   :
MILLENNIUM GEORGETOWN
    COMMERCIAL HOLDING, LLC                        :

SERVE:     United Corporate Services, Inc.         :
           Registered Agent
           1100 H Street, N.W., Suite 840          :
           Washington, DC   20005
                                                   :
    and
                                                   :
MILLENNIUM GEORGETOWN
    COMMERCIAL TRUSTEE, LLC                        :

SERVE:     United Corporate Services, Inc.         :
           Registered Agent
           1100 H Street, N.W., Suite 840          :
           Washington, DC   20005
                                                   :
    and
                                                   :
MILLENNIUM GEORGETOWN
    PARTNERS, LLC                                  :

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -

SERVE:    United Corporate Services, Inc.      :
               Registered Agent
               1100 H Street, N.W., Suite 840    :
               Washington, DC  20005

        :

    and

        :

**MILLENNIUM GEORGETOWN PARTNERS**

        :

SERVE:    United Corporate Services, Inc.
               Registered Agent           :
               1100 H Street, N.W., Suite 840
               Washington, DC  20005      :

    and                       :

**MILLENNIUM GEORGETOWN CO., LLC**   :
**1995 Broadway**
**New York, NY  10023**            :

SERVE:    United Corporate Services, Inc.   :
               Registered Agent
               1100 H Street, N.W., Suite 840  :
               Washington, DC  20005

        :

    **Defendants.**

        :

## COMPLAINT FOR DAMAGES
### (Premises Liability:  Trip and Fall)

## JURISDICTION & VENUE

    1.    Jurisdiction is vested in this Court pursuant to D.C. Code Sec. 11-921, as this claim for relief arose in the District of Columbia.

    2.    Venue in this Honorable Court is proper, as the cause of action arose in the District of Columbia.

## PARTIES

3.     At all relevant times herein, Plaintiffs Chloe Aaron and David Aaron were residents of the District of Columbia.

4.     Upon information and belief, Defendants American Multi-Cinema, Inc., t/a AMC Theaters Georgetown 14, AMC Entertainment, Inc., AMC Loews Georgetown 14 and AMC Entertainment Holdings, Inc. (hereinafter "AMC Defendants"), is an entertainment company providing movies, movie theaters and other entertainment to the public, with locations all over the United States.  Plaintiff Chloe Aaron was a patron at the AMC Defendant's movie theater, located at 3111 K Street, N.W., Washington, DC at the time she was injured.

5.     Upon information and belief, Defendants Millennium Georgetown Commercial Holding, LLC, Millennium Georgetown Commercial Trustee, LLC, Millennium Georgetown Partners, LLC, Millennium Georgetown Partners and Millennium Georgetown Co., LLC (hereinafter "Millennium Defendants"), is a property management company and/or property owner that owned/owns and/or managed/manages the AMC movie theaters at 3111 K Street, N.W., Washington, DC, and/or the property located at 3111 K Street, N.W., Washington, DC where Ms. Aaron's accident occurred.

## FACTS

6.     On or about May 19, 2012, Plaintiffs Chloe Aaron and David Aaron were lawful patrons at the AMC Defendants' movie theater located at 3111 K Street, N.W.,

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Washington, DC.   The Plaintiffs were each attending a different movie.   At approximately 10:00 p.m., when the movie Plaintiff Chloe Aaron was watching ended, she exited her theater, walked over to an AMC employee and asked him/her how much longer the movie that Plaintiff David Aaron was watching would last. Ms. Aaron was told it would last approximately fifteen more minutes. Ms. Aaron then walked over to the closed door of the theater in which her husband David Aaron was. As she was approaching the theater door, the theater door opened, people were pushing their way out and trampled Ms. Aaron, knocking her down to the floor.

7.     Defendants AMC and Millennium, as the owners/managers of the property in question, had a non-delegable duty to maintain the property in a safe condition for the use of visitors, patrons, invitees and other lawful users of the property.

8.     As a result of the Defendants' negligent acts and/or omissions, Plaintiff Chloe Aaron suffered a broken left arm, broken ribs, as well as numerous abrasions, bruises and contusions, some or all of which are permanent in nature.

9.     In addition, the Plaintiff has suffered and will continue to suffer physical pain and mental anguish, and has incurred and will continue to incur substantial medical and out-of-pocket expenses.

## COUNT I
### (Negligence: AMC Defendants)

10.     Plaintiffs hereby incorporate, by reference, as if fully set forth herein, paragraphs 1 through 9, and further allege that at all times relevant herein, the AMC Defendants were responsible for maintaining the premises in question in a reasonably

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

safe condition for the safe use of invited guests and other lawful occupants on the property.

11.    Plaintiffs further allege that the AMC Defendants had a responsibility to warn invited guests and other lawful occupants of the premises of any dangerous conditions on the property and to place appropriate warnings or warning signs in areas where hazardous conditions existed.

12.    Plaintiffs further allege that notwithstanding said legal duties, the AMC Defendants negligently and carelessly allowed the premises described above to remain in an unsafe condition despite the fact that the AMC Defendants knew, or, in the exercise of reasonable care, should have known, that the condition of the premises was extremely hazardous and posed a risk of severe injury to invited guests and other lawful users of the property.

13.    Plaintiffs further allege that the AMC Defendants were negligent and/or careless in failing to take appropriate measures to warn visitors, patrons, and/or invitees of the dangerous conditions, in failing to place signs other appropriate warning signs which would alert patrons and others to the hazards posed by the dimly lit premises, lack of warnings and/or warning signals, in failing to promptly correct the dangerous and hazardous condition created by the dimly lit premises and lack of warnings and/or warning signals, and/or in otherwise failing to act with reasonable care as owner of the property responsible for the safety of patrons, visitors, guests and/or invitees.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

14.     Plaintiff further alleges that her accident and resulting serious injuries were the direct and proximate result of the AMC Defendants' negligent and/or careless conduct, including, but not limited to, failing to inspect the property, failing to illuminate a dangerous area/condition, failing to correct an obvious and/or known hazardous and dangerous condition on the property, failing to warn of a hazardous and/or dangerous condition, and in otherwise failing to otherwise maintain the property in a safe condition for patrons, visitors, guests, invitees, and/or employees.

15.     As a direct result of the negligence of the AMC Defendants, Plaintiff Chloe Aaron sustained serious injuries which caused her great physical pain. Some or all of Ms. Aaron's injuries are permanent in nature.

16.     As a further direct and proximate result of the negligence of the AMC Defendants, Plaintiff Chloe Aaron has incurred and will continue to incur substantial expenses for medical care and attention, and has suffered and will continue to suffer much physical pain and mental anguish.

WHEREFORE, Plaintiff Chloe Aaron demands Judgment against the AMC Defendants in the full and just amount of Five Hundred Thousand Dollars ($500,000.00), plus interest and costs.

## COUNT II
### (Negligence: Millennium Defendants)

17.     Plaintiffs hereby incorporate, by reference, as if fully set forth herein, paragraphs 1 through 16, and further allege that at all times relevant herein, the Millennium Defendants were responsible for maintaining the premises in question in a

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 7 -

reasonably safe condition for the safe use of invited guests and other lawful occupants on the property.

18.     Plaintiffs further allege that the Millennium Defendants had a responsibility to warn invited guests and other lawful occupants of the premises of any dangerous conditions on the property and to place appropriate warnings or warning signs in areas where hazardous conditions existed.

19.     Plaintiffs further allege that notwithstanding said legal duties, the Millennium Defendants negligently and carelessly allowed the premises described above to remain in an unsafe condition despite the fact that the Millennium Defendants knew, or, in the exercise of reasonable care, should have known, that the condition of the premises was extremely hazardous and posed a risk of severe injury to invited guests and other lawful users of the property.

20.     Plaintiffs further allege that the Millennium Defendants were negligent and/or careless in failing to take appropriate measures to warn visitors, patrons, and/or invitees of the dangerous conditions, in failing to place signs other appropriate warning signs which would alert patrons and others to the hazards posed by the dimly lit premises, lack of warnings and/or warning signals, in failing to promptly correct the dangerous and hazardous condition created by the dimly lit premises and lack of warnings and/or warning signals, and/or in otherwise failing to act with reasonable care as owner of the property responsible for the safety of patrons, visitors, guests and/or invitees.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036
202-463-3030

- 8 -

21.     Plaintiff further alleges that her accident and resulting serious injuries were the direct and proximate result of the Millennium Defendants' negligent and/or careless conduct, including, but not limited to, failing to inspect the property, failing to illuminate a dangerous area/condition, failing to correct an obvious and/or known hazardous and dangerous condition on the property, failing to warn of a hazardous and/or dangerous condition, and in otherwise failing to otherwise maintain the property in a safe condition for patrons, visitors, guests, invitees, and/or employees.

22.     As a direct result of the negligence of the Millennium Defendants, Plaintiff Chloe Aaron sustained serious injuries which caused her great physical pain. Some or all of Ms. Aaron's injuries are permanent in nature.

23.     As a further direct and proximate result of the negligence of the Millennium Defendants, Plaintiff Chloe Aaron has incurred and will continue to incur substantial expenses for medical care and attention, and has suffered and will continue to suffer much physical pain and mental anguish.

WHEREFORE, Plaintiff Chloe Aaron demands Judgment against the Millennium Defendants in the full and just amount of Five Hundred Thousand Dollars ($500,000.00), plus interest and costs.

## COUNT III
### (Loss of Consortium)

24.     Plaintiff David Aaron incorporates, by reference, paragraphs 1 through 23 above and further alleges that he is the husband of Plaintiff Chloe Aaron.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 9 -

25.    Plaintiff David Aaron further alleges that as a direct and proximate result of the negligence of the Defendants as previously described, he has spent considerable time caring for and assisting his wife from the time of the incident to the present.

26.    As a direct and proximate result of this accident, Plaintiff David Aaron has sustained losses of society, companionship, and consortium.

WHEREFORE, Plaintiff David Aaron demands judgment against the Defendants, jointly and severally, in the full and just amount of Two Hundred Fifty Thousand Dollars ($250,000.00), plus interest and costs.

## JURY TRIAL DEMAND

The Plaintiffs request a jury trial on all of the above claims.

Respectfully submitted,

REGAN ZAMBRI & LONG, P.L.L.C.

By:    */s/ Patrick M. Regan*
Patrick M. Regan      #336107
pregan@reganfirm.com
Paul Cornoni      #489398
pcornoni@reganfirm.com
Christopher J. Regan  #1018148
cregan@reganfirm.com
1919 M Street, N.W., Suite 350
Washington, DC  20036
PH: (202) 463-3030
FX: (202) 463-0667
*Attorneys for Plaintiffs*

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

# Superior Court of the District of Columbia

## CIVIL DIVISION- CIVIL ACTIONS BRANCH

CHLOE AARON and      INFORMATION SHEET
DAVID AARON, Her Husband

Case Number: _____

Date: _____

AMERICAN MULTI-CINEMA, INC., t/a
AMC THEATERS GEORGETOWN 14

vs

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)*<br>Patrick M. Regan<br>Firm Name:<br>Regan Zambri & Long, PLLC<br>Telephone No.:        Six digit Unified Bar No.:<br>(202) 463-3030        336107 | Relationship to Lawsuit<br>☑ Attorney for Plaintiff<br>☐ Self (Pro Se)<br>☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury   ☑ 6 Person Jury      ☐ 12 Person Jury
Demand: $1,250,000.00 _____      Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____   Judge: _____   Calendar #:_____

Case No.:_____   Judge: _____   Calendar#:_____

---

**NATURE OF SUIT:**      *(Check One Box Only)*

### A. CONTRACTS

| | | **COLLECTION CASES** |
|---|---|---|
| ☐ 01 Breach of Contract | ☐ 07 Personal Property | ☐ 14 Under $25,000 Pltf. Grants Consent |
| ☐ 02 Breach of Warranty | ☐ 09 Real Property-Real Estate | ☐ 16 Under $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 12 Specific Performance | ☐ 17 OVER $25,000 |
| ☐ 15 Special Education Fees | ☐ 13 Employment Discrimination | |

### B. PROPERTY TORTS

| | | |
|---|---|---|
| ☐ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | ☐ 06 Traffic Adjudication |
| ☐ 07 Shoplifting, D.C. Code § 27-102 (a) | | |

### C. PERSONAL TORTS

| | | |
|---|---|---|
| ☐ 01 Abuse of Process | ☐ 09 Harassment | ☐ 17 Personal Injury- (Not Automobile, Not Malpractice) |
| ☐ 02 Alienation of Affection | ☐ 10 Invasion of Privacy | ☐ 18 Wrongful Death (Not Malpractice) |
| ☐ 03 Assault and Battery | ☐ 11 Libel and Slander | ☐ 19 Wrongful Eviction |
| ☐ 04 Automobile- Personal Injury | ☐ 12 Malicious Interference | ☐ 20 Friendly Suit |
| ☐ 05 Deceit (Misrepresentation) | ☐ 13 Malicious Prosecution | ☐ 21 Asbestos |
| ☐ 06 False Accusation | ☐ 14 Malpractice Legal | ☐ 22 Toxic/Mass Torts |
| ☐ 07 False Arrest | ☐ 15 Malpractice Medical (including Wrongful Death) | ☐ 23 Tobacco |
| ☐ 08 Fraud | ☑ 16 Negligence- (Not Automobile, Not Malpractice) | ☐ 24 Lead Paint |

SEE REVERSE SIDE AND CHECK HERE ☐   IF USED

CV-496/Aug 12

# Information Sheet, Continued

**C. OTHERS**

**I.**

| | | |
|---|---|---|
| ☐ 01 Accounting | ☐ 10 T.R.O./ Injunction | ☐ 25 Liens: Tax/Water Consent Granted |
| ☐ 02 Att. Before Judgment | ☐ 11 Writ of Replevin | ☐ 26 Insurance/ Subrogation |
| ☐ 04 Condemnation (Emin. Domain) | ☐ 12 Enforce Mechanics Lien |     Under $25,000 Consent Denied |
| ☐ 05 Ejectment | ☐ 16 Declaratory Judgment | ☐ 27 Insurance/ Subrogation |
| ☐ 07 Insurance/Subrogation | ☐ 17 Merit Personnel Act (OEA) |     Over $25,000 |
|     Under $25,000 Pltf. |     (D.C. Code Title 1, Chapter 6) | ☐ 28 Motion to Confirm Arbitration |
|     Grants Consent | ☐ 18 Product Liability |     Award (Collection Cases Only) |
| ☐ 08 Quiet Title | ☐ 24 Application to Confirm, Modify, | ☐ 26 Merit Personnel Act (OHR) |
| ☐ 09 Special Writ/Warrants |     Vacate Arbitration Award | ☐ 30 Liens: Tax/ Water Consent Denied |
|     (DC Code § 11-941) |     (DC Code § 16-4401) | ☐ 31 Housing Code Regulations |

**II.**

| | | |
|---|---|---|
| ☐ 03 Change of Name | ☐ 15 Libel of Information | ☐ 21 Petition for Subpoena |
| ☐ 06 Foreign Judgment | ☐ 19 Enter Administrative Order as |     [Rule 28-I (b)] |
| ☐ 13 Correction of Birth Certificate |     Judgment [ D.C. Code § | ☐ 22 Release Mechanics Lien |
| ☐ 14 Correction of Marriage |     2-1802.03 (h) or 32-1519 (a)] | ☐ 23 Rule 27(a) (I) |
|     Certificate | ☐ 20 Master Meter (D.C. Code § |     (Perpetuate Testimony) |
| |     42-3301, et seq.) | ☐ 24 Petition for Structured Settlement |
| | | ☐ 25 Petition for Liquidation |

 

_____ /s/ Patrick M. Regan _____        _____ April 17, 2015 _____

      Attorney's Signature                    Date

CV-496/Aug 12

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

CHLOE AARON and
DAVID AARON, Her Husband
                                                              Plaintiff

vs.                                                           Case Number **2015 CA 002750 B**

AMERICAN MULTI-CINEMA, INC. t/a
AMC THEATERS GEORGETOWN 14
Serve:  Corporate Creations Network, Inc.          Defendant
           1629 K Street, N.W., Suite 300
           Washington, DC  20006                      **SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer.  A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you.  The attorney's name and address appear below.  If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays.  You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff.  If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Patrick M. Regan, Esquire
Name of Plaintiff's Attorney
Regan Zambri & Long, PLLC                    By _____
1919 M Street, NW, Suite 350                                          *Clerk of the Court*
Address                                                                      Deputy Clerk
Washington, DC 20036

(202) 822-1880                              Date    **04/17/2014**
Telephone
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요       የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANT:  IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT.  IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.  IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan 2011                                                      CASUM.doc

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

CHLOE AARON and

DAVID AARON, Her Husband
_____ Plaintiff

vs.                                              Case Number **2015 CA 002750 B**

AMC ENTERTAINMENT, INC.
Serve:  Corporate Creations Network, Inc.      Defendant
        1629 K Street, N.W., Suite 300
        Washington, DC 20006              **SUMMONS**
To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either
personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive
of the day of service. If you are being sued as an officer or agency of the United States Government or the
District of Columbia Government, you have sixty (60) days after service of this summons to serve your
Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The
attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed
to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue,
N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on
Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on
the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment
by default may be entered against you for the relief demanded in the complaint.

Patrick M. Regan, Esquire
_____          *Clerk of the Court*
Name of Plaintiff's Attorney
Regan Zambri & Long, PLLC
1919 M Street, NW, Suite 350               By _____
Address                                                  Deputy Clerk
Washington, DC 20036

(202) 822-1880                             Date _____ **04/17/2015**
Telephone
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오.     የትርጉም ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT:  IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU
ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT
MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE
COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR
REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS
ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the
Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500
Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                              CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

CHLOE AARON and
DAVID AARON, Her Husband
_____  Plaintiff

vs.                                                    Case Number **2015 CA 002750 B**

AMC LOEWS GEORGETOWN 14
Serve:  Corporate Creations Network, Inc.          Defendant
        1629 K Street, N.W., Suite 300
        Washington, DC  20006              **SUMMONS**
To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Patrick M. Regan, Esquire
_____                    Clerk of the Court
Name of Plaintiff's Attorney
Regan Zambri & Long, PLLC
_____
1919 M Street, NW, Suite 350                By _____
Address                                                         Deputy Clerk
Washington, DC 20036
_____

(202) 822-1880
_____            Date   **04/17/2015**
Telephone
如需翻译, 请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction       Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요       የትርጉም እርዳታ ከፈለጉ የሚከተለውን ስልክ ቁጥር (202) 879-4828 ይደውሉ


    IMPORTANT:  IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                        CASUM.doc

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

CHLOE AARON and
DAVID AARON, Her Husband _____
                                                          Plaintiff

                        vs.                              Case Number **2015 CA 002750 B**

AMC ENTERTAINMENT HOLDINGS, INC.
Serve:   Corporate Creations Network, Inc.          Defendant
         1629 K Street, N.W., Suite 300
         Washington, DC  20006               **SUMMONS**
To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either
personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive
of the day of service. If you are being sued as an officer or agency of the United States Government or the
District of Columbia Government, you have sixty (60) days after service of this summons to serve your
Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The
attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed
to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue,
N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on
Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on
the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment
by default may be entered against you for the relief demanded in the complaint.

Patrick M. Regan, Esquire _____          *Clerk of the Court*
Name of Plaintiff's Attorney
Regan Zambri & Long, PLLC
1919 M Street, NW, Suite 350 _____    By _____
Address
Washington, DC 20036                                       Deputy Clerk

(202) 822-1880 _____           Date    **04/17/2015**
Telephone
如需翻譯,請打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오      የትርጉም ለማግኘት ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU
ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT
MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE
COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR
REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS
ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the
Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500
Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan 2011                                                          CASUM.doc

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

CHLOE AARON and

DAVID AARON, Her Husband

_____
Plaintiff

vs.

Case Number _____

MILLENNIUM GEORGETOWN COMMERCIAL HOLDING, LLC
Serve:  United Corporate Services, Inc.          Defendant
        1100 H Street, N.W., Suite 840
        Washington, DC 20005          **SUMMONS**

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Patrick M. Regan, Esquire
_____
Name of Plaintiff's Attorney
Regan Zambri & Long, PLLC
1919 M Street, NW, Suite 350
_____
Address
Washington, DC 20036
_____

(202) 822-1880
_____
Telephone

*Clerk of the Court*

By _____
                    Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오          ያስተዳድግ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                CASUM.doc

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

CHLOE AARON and
DAVID AARON, Her Husband

_____
                                   Plaintiff

vs.                               Case Number _____

MILLENNIUM GEORGETOWN COMMERCIAL TRUSTEE, LLC
Serve:  United Corporate Services, Inc.    Defendant
       1100 H Street, N.W., Suite 840
       Washington, DC  20005     **SUMMONS**
To the above named Defendant:

     You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

     You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Patrick M. Regan, Esquire
_____
Name of Plaintiff's Attorney
Regan Zambri & Long, PLLC

1919 M Street, NW, Suite 350
_____
Address
Washington, DC 20036
_____

(202) 822-1880
_____
Telephone

_Clerk of the Court_

By _____
                   Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

     IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

     If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                         CASUM.doc

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

CHLOE AARON and
DAVID AARON, Her Husband _____
                                        Plaintiff

                    vs.                                    Case Number _____

MILLENNIUM GEORGETOWN PARTNERS, LLC
  Serve:  United Corporate Services, Inc.        Defendant
          1100 H Street, N.W., Suite 840
          Washington, DC  20005            **SUMMONS**
To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either
personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive
of the day of service. If you are being sued as an officer or agency of the United States Government or the
District of Columbia Government, you have sixty (60) days after service of this summons to serve your
Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The
attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed
to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue,
N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on
Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on
the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment
by default may be entered against you for the relief demanded in the complaint.

Patrick M. Regan, Esquire _____          *Clerk of the Court*
Name of Plaintiff's Attorney
Regan Zambri & Long, PLLC
1919 M Street, NW, Suite 350 _____     By _____
Address                                                          Deputy Clerk
Washington, DC 20036 _____

(202) 822-1880 _____     Date _____
Telephone
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오      የአማርኛ ትርጉም አስፈላጊ ከሆነ (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU
ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT
MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE
COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR
REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS
ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the
Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500
Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

                            See reverse side for Spanish translation
                            Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                              CASUM.doc

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

CHLOE AARON and
DAVID AARON, Her Husband

_____
                                                          Plaintiff

vs.                                                                        Case Number _____

MILLENNIUM GEORGETOWN PARTNERS
Serve:  United Corporate Services, Inc.              Defendant
           1100 H Street, N.W., Suite 840
           Washington, DC  20005              **SUMMONS**

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer.  A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you.  The attorney's name and address appear below.  If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff.  If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Patrick M. Regan, Esquire
_____                    *Clerk of the Court*
Name of Plaintiff's Attorney
Regan Zambri & Long, PLLC
1919 M Street, NW, Suite 350                              By _____
Address                                                                                         Deputy Clerk
Washington, DC 20036

(202) 822-1880                                                       Date _____
Telephone
如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT:  IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT.  IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.  IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                                                 CASUM.doc

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

CHLOE AARON and
DAVID AARON, Her Husband _____
                                                                        Plaintiff

                            vs.                                                                    Case Number _____

MILLENNIUM GEORGETOWN CO., LLC
Serve:  United Corporate Services, Inc.                    Defendant
           1100 H Street, N.W., Suite 840
           Washington, DC  20005                              **SUMMONS**
To the above named Defendant:

       You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

       You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Patrick M. Regan, Esquire _____              *Clerk of the Court*
Name of Plaintiff's Attorney
Regan Zambri & Long, PLLC
1919 M Street, NW, Suite 350 _____              By _____
Address                                                                                      Deputy Clerk
Washington, DC 20036 _____

(202) 822-1880 _____                              Date _____
Telephone
如需翻譯,請打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오      ኣስተርጓሚ ትፈልጉ እንተኾንኩም ኣማኻይኸፍ (202) 879-4828 ይጥዉ-ሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                                    CASUM.doc



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

CHLOE AARON et al
  Vs.                                      C.A. No.      2015 CA 002750 B
AMERICAN MULTI-CINEMA, INC. et al

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                                        Chief Judge Lee F. Satterfield

Case Assigned to: Judge JOHN M MOTT
Date:  April 20, 2015
Initial Conference: 10:00 am, Friday, July 17, 2015
Location:  Courtroom 517
            500 Indiana Avenue N.W.

                                                    Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc

Filed
D.C. Superior Court
05/14/2015 16:27PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### Civil Division

| | |
|---|---|
| CHLOE AARON and<br>DAVID AARON, Her Husband, | : |
| | : |
| **Plaintiffs,** | : |
| | :    **C.A. No. 2015 CA 002750 B** |
| v. |      **Judge John M. Mott** |
| | :    **Next Court Date:  7/17/2015** |
| AMERICAN MULTI-CINEMA, INC., t/a |      **Event:  Initial Conference** |
| AMC THEATERS GEORGETOWN 14, *et al.,* | : |
| | |
| **Defendants.** | : |

### PRAECIPE OF DISMISSAL OF CERTAIN DEFENDANTS

Pursuant to Rule 41(a)(1) of the Superior Court Rules of Civil Procedure, the Plaintiffs, by and through their undersigned counsel, hereby stipulate to a dismissal of the claims asserted against only the following Defendants:  AMC Entertainment, Inc., AMC Loews Georgetown 14, AMC Entertainment Holdings, Inc., Millennium Georgetown Commercial Holding, LLC, Millennium Georgetown Commercial Trustee, LLC, Millennium Georgetown Partners, LLC, Millennium Georgetown Partners and Millennium Georgetown Co., LLC.  Plaintiffs are dismissing the claims against the Defendants referenced in the preceding sentence based upon the representations that have been made by counsel for Defendant American Multi-Cinema, Inc. t/a AMC Theaters Georgetown 14 ("AMC Theaters") that AMC Theaters is the proper Defendant in this litigation.  The claims against Defendant AMC Theaters are not impacted in any legal way by Plaintiff's dismissal of the other Defendants, and the claims against

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Defendant American Multi-Cinema, Inc. t/a AMC Theaters Georgetown 14 remain pending.

Respectfully submitted,

REGAN ZAMBRI & LONG, P.L.L.C.


By:  /s/ Patrick M. Regan
     Patrick M. Regan        #336107
     pregan@reganfirm.com
     Paul Cornoni            #489398
     pcornoni@reganfirm.com
     Christopher J. Regan  #1018148
     cregan@reganfirm.com
     1919 M Street, N.W., Suite 350
     Washington, DC  20036
     PH:  (202) 463-3030
     FX:  (202) 463-0667
     *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May 2015, a copy of the foregoing

Praecipe of Dismissal of Certain Defendants was e-filed and served upon:

> Raphael J. Cohen, Esquire
> Jordan Coyne LLP
> 10509 Judicial Drive, Suite 200
> Fairfax, Virginia 22030

/s/ *Patrick M. Regan*
Patrick M. Regan

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 3 -

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

CHLOE AARON, *et al.*,　　　　　　　*

　　　　　　　　　　　　　　　　*

　　　　Plaintiffs,　　　　　　　*

　　　　　　　　　　　　　　　　*

　　　v.　　　　　　　　　　　　*　　　Civil Action No.: **2015 CA 002750 B**

　　　　　　　　　　　　　　　　*　　　Calendar 2 – Judge John M. Mott

AMERICAN MULTI-CINEMA, INC.,　*　　　Next Event: Initial Conference

*et al.*,　　　　　　　　　　　　*　　　July 17, 2015 at 10:00 a.m.

　　　　　　　　　　　　　　　　*

　　　　Defendants.　　　　　　*

## ANSWER

Defendant, American Multi-Cinema, Inc. ("AMC"), by counsel and pursuant to D.C.

Super. Ct. R. 12, hereby submits the following Answer in response to the Complaint.

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

In response to the numbered paragraphs of the Complaint, defendant states:

1.　　　Paragraphs 1-2 of the Complaint set forth legal contentions that require no

averment from AMC.

2.　　　AMC is without knowledge or information sufficient to form a belief as to the

allegations contained in ¶ 3 of the Complaint, and therefore denies said allegations and demands

strict proof thereof.

3.　　　In response to ¶ 4 of the Complaint, AMC admits that it is an entertainment

company providing movies, movie theaters, and other entertainment to the public with locations

all over the United States.  AMC further admits that it operates a movie theater located at 3111 K

Street, N.W., Washington, DC.  The other Defendants referenced in ¶ 4 have been voluntarily dismissed from this action, and did not have control over the premises in which the accident occurred.  AMC is without knowledge or information sufficient to form a belief as to the other allegations contained in ¶ 4 of the Complaint, and demands strict proof thereof.

4.     The Defendants referenced in ¶ 5 of the Complaint have been voluntarily dismissed from this action.  AMC denies that the Millennium Defendants had control over the premises in which the accident occurred.

5.     AMC is without knowledge or information sufficient to form a belief as to the allegations contained in ¶ 6 of the Complaint, and therefore denies said allegations and demands strict proof thereof.

6.     Paragraph 7 of the Complaint sets forth legal contentions that require no averment from AMC.  AMC admits that it is the lessee of the property in question.  The other Defendants referenced in ¶ 7 have been voluntarily dismissed from this action, and did not have control over the premises in which the accident occurred.

7.     AMC denies the allegations contained in ¶ 8 of the Complaint.

8.     AMC is without knowledge or information sufficient to form a belief as to the allegations contained in ¶ 9 of the Complaint, and therefore denies said allegations and demands strict proof thereof.

9.     In response to ¶ 10 of the Complaint, AMC adopts and incorporates by reference, as if fully set forth herein, its responses to ¶¶ 1-9 of the Complaint.  Paragraph 10 of the Complaint sets forth legal contentions that require no averment from AMC.

10.    Paragraph 11 of the Complaint sets forth legal contentions that require no averment from AMC.

11.     AMC denies the allegations contained in ¶¶ 12-14 of the Complaint.

12.     AMC is without knowledge or information sufficient to form a belief as to whether Ms. Aaron's injuries are permanent in nature.  AMC denies the other allegations contained in ¶ 15 of the Complaint.

13.     AMC denies the allegations contained in ¶ 16 of the Complaint.

14.     In response to ¶ 17 of the Complaint, AMC adopts and incorporates by reference, as if fully set forth herein, its responses to ¶¶ 1-16 of the Complaint.  Paragraph 17 of the Complaint sets forth legal contentions that require no averment from AMC.

15.     Paragraph 18 of the Complaint sets forth legal contentions that require no averment from AMC.

16.     AMC denies the allegations contained in ¶¶ 19-21 of the Complaint.

17.     AMC is without knowledge or information sufficient to form a belief as to whether Ms. Aaron's injuries are permanent in nature.  AMC denies the other allegations contained in ¶ 22 of the Complaint.

18.     AMC denies the allegations contained in ¶ 23 of the Complaint.

19.     In response to ¶ 24 of the Complaint, AMC adopts and incorporates by reference, as if fully set forth herein, its responses to ¶¶ 1-23 of the Complaint.  AMC is without knowledge or information sufficient to form a belief as to whether Plaintiff David Aaron is the husband of Plaintiff Chloe Aaron, and therefore denies said allegation and demands strict proof thereof.

20.     AMC denies the allegations contained in ¶ 25 of the Complaint.

21.     AMC is without knowledge or information sufficient to form a belief as to the allegations contained in ¶ 26 of the Complaint, and therefore denies said allegations and demands strict proof thereof.

## THIRD DEFENSE

AMC avers that the Plaintiffs' claims are, or may be, barred by the doctrine of failure to mitigate damages.

## FOURTH DEFENSE

AMC avers that the Plaintiffs' claims are, or may be, barred by the doctrine of contributory negligence.

## FIFTH DEFENSE

AMC avers that the Plaintiffs' claims are, or may be, barred by the doctrine of assumption of the risk.

## SIXTH DEFENSE

AMC avers that the injuries, losses and damages, if any, suffered by the Plaintiffs are the result of the intentional or negligent acts of independent third parties over whom AMC had no control.

## SEVENTH DEFENSE

AMC avers that the injuries, losses and damages claimed by the Plaintiffs were proximately caused by superseding and/or intervening acts, conduct or causes sufficient to entirely exclude AMC from any liability whatsoever to the Plaintiffs.

## EIGHTH DEFENSE

AMC avers that Plaintiffs' claims may be barred because Chloe Aaron may have been trespassing on the property of AMC at the time of her injury.

## NINTH DEFENSE

AMC denies all factual allegations of the Complaint not specifically admitted or denied herein.

## TENTH DEFENSE

AMC presently has insufficient knowledge or information on which to form a belief as to whether AMC may have additional, as yet unstated, defenses available. AMC reserves herein the right to assert additional defenses in the event discovery indicates that they would be appropriate.

**WHEREFORE**, The Complaint having been fully answered, AMC respectfully requests that it be dismissed with Prejudice.

## **JURY DEMAND**

AMC demands a trial by jury on all issues.

Respectfully submitted,

JORDAN COYNE LLP

By:___ / s / Raphael J. Cohen_____
    Raphael J. Cohen     Bar #992554
    D. Stephenson Schwinn   Bar #358825
    10509 Judicial Drive
    Suite 200
    Fairfax, VA  22030
    Telephone:  (703) 246-0900
    Fax:  (703) 591-3673
    E-mail:  r.cohen@jocs-law.com

*Counsel for Defendants*

5

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the foregoing Answer was filed and served via

CaseFileXpress this 19th day of May, 2015 upon:

Patrick M. Regan, Esquire
Paul Corconi, Esquire
Christopher J. Regan, Esquire
REGAN ZAMBRI & LONG, P.L.L.C.
Suite 350
1919 M Street, NW
Washington, DC  20036
*Counsel for Plaintiffs*

/ s / Raphael J. Cohen
Raphael J. Cohen